UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| ANGELA RENAE KING | ) | BANKRUPTCY CASE NUMBER 08-12620 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 7 | Associated Pathologists<br>5301 Virginia Way<br>Brentwood, Tennessee   37027 | $ 0.56 |
| CLAIM # 8 | Dish Network<br>404 Brock Drive<br>Post Office Box 30<br>Bloomington, Illinois   61701 | $ 0.96 |
| CLAIM #10 | Fort Wayne Radiology<br>Post Office Box 5602<br>Fort Wayne, Indiana   46895 | $ 2.71 |
| CLAIM #12 | Macy's<br>Post Office Box 689195<br>Des Moines, Iowa   50368-9195 | $ 4.29 |
| CLAIM #15 | Parkview Noble<br>Post Office Box 11213<br>Fort Wayne, Indiana   46856 | $ 1.66 |
| CLAIM #16 | Parkview Whitley Hospital<br>353 North Oak Street<br>Columbia City, Indiana   46725 | $ 1.48 |

| | | |
|---|---|---|
| CLAIM #17 | Professional ER Physicians<br>Post Office Box 12949<br>Fort Wayne, Indiana   46866 | $ 3.15 |
| CLAIM #18 | Summit Radiology P.C.<br>Post Office Box 66824<br>Indianapolis, Indiana   46266-6824 | $ 0.48 |

**TOTAL:   $15.29**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of March, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven